539 U.S. 966
 Alva-Otoya
v.
United States
Avila-Aguilar
v.
United States
Castillo-Rosales, aka Castillo
v.
United States
Mauricio Contreras
v.
United States
Garcia-Sandoval
v.
United States
Herrera-Muniz
v.
United States
Mireles-Hernandez
v.
United States
Mundo-Jimenez
v.
United States
Ramirez-Sosa
v.
United States
Rios-Garcia
v.
United States
Ruiz-Lopez
v.
United States
Sanchez-Ledezma
v.
United States
Rodriguez-Castillo
v.
United States
Moreno-Castillo
v.
United States and
Urapo-Pacheco
v.
United States.
 No. 02-10797.
 Supreme Court of United States.
 June 27, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 61 Fed. Appx. 920, 61 Fed. Appx. 921, 61 Fed. Appx. 920, 61 Fed. Appx. 920, 61 Fed. Appx. 920, 61 Fed. Appx. 922, 61 Fed. Appx. 921, 61 Fed. Appx. 921, 61 Fed. Appx. 921, 61 Fed. Appx. 920, 61 Fed. Appx. 921, 61 Fed. Appx. 921, 64 Fed. Appx. 416, 67 Fed. Appx. 246, 67 Fed. Appx. 245.